Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff,
Russell Jenkins

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Russell Jenkins**,<br><br>　　Plaintiff,<br><br>vs.<br><br>**James River Insurance Company;** Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>　　Defendants. | Case No.: 2:21-CV-01969-JCM-NJK<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Response to Defendant's Motion for Summary Judgment**<br><br>**(1st Request)** |

　　WHEREAS Plaintiff's counsel will be out of the office on March 10, 2022, and March 11, 2022, and unable to finalize and file the response to Defendant's Motion for Summary Judgment (ECF No. 16);

　　IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiff to file his response to Defendant's Motion for Summary Judgment (ECF No. 16), be extended from March 10, 2022, to March 11, 2022.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 9th day of March, 2022.                    Dated this 9th day of March, 2022.

H&P LAW                                               BREMER WHYTE BROWN & O'MEARA

 /s/ Marjorie Hauf                                     /s/ Caryn Schiffman

Marjorie Hauf, Esq.                                   Jeffrey Saab, Esq.
Nevada Bar No. 8111                                   Nevada Bar No. 11261
Cara Xidis, Esq.                                      Caryn Schiffman, Esq.
Nevada Bar No. 11743                                  Nevada Bar No. 14610
*Attorneys for Plaintiff*                             *Attorneys for Defendant*

## ORDER

It is so ordered. March 10, 2022.

_____
UNITED STATES DISTRICT JUDGE